No. 115. SKOUSEN ET AL. *v.* CONSOLIDATED MOTORS, INC. October 13, 1941. Petition for writ of certiorari

632

to the Supreme Court of Arizona denied. *Mr. John J. McCullough* for petitioners. *Mr. Charles L. Strouss* for respondent.